**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTOWAN LADELL PARKER,          ) No. CV 21-9105-VAP (JPR)
                                )
                    Petitioner, ) **ORDER ACCEPTING MAGISTRATE**
                                ) **JUDGE'S REPORT AND RECOMMENDATION**
          v.                    )
                                )
LEANNA LUNDY, Acting            )
Warden,                         )
                                )
                    Respondent. )
_____ )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file, and the Magistrate Judge's Report and Recommendation (ECF No. 44). The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Grounds one and three of the Petition are denied with prejudice.

2. Judgment be entered consistent with this order and the Court's March 3, 2023 order.

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: January 16, 2024

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE