JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOWAN LADELL PARKER,<br><br>          Petitioner,<br><br>    v.<br><br>LEANNA LUNDY, Acting Warden,<br><br>          Respondent. | Case No. CV 21-9105-VAP (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the orders accepting the Magistrate Judge's two reports and recommendations,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice as to ground two and with prejudice as to grounds one and three.

DATED: January 16, 2024

                                    VIRGINIA A. PHILLIPS
                                    U.S. DISTRICT JUDGE